J-A24029-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA   :   IN THE SUPERIOR COURT OF
:         PENNSYLVANIA
:
v.                           :
:
:
:
TROY STEVEN STEHLEY          :
:
Appellant          :   No. 1081 WDA 2019

Appeal from the Judgment of Sentence Entered May 16, 2019
In the Court of Common Pleas of Blair County Criminal Division at No(s):
CP-07-CR-0000418-2016

BEFORE:  BENDER, P.J.E., McLAUGHLIN, J., and MUSMANNO, J.

MEMORANDUM BY McLAUGHLIN, J.:         **FILED JANUARY 04, 2021**

Troy Steven Stehley appeals from the judgment of sentence entered following his convictions for two counts each of Recklessly Endangering Another Person ("REAP") and Possession with Intent to Deliver ("PWID"), and one count each of Fleeing or Attempting to Elude Police Officer, Criminal Mischief, Possession of a Controlled Substance ("Possession"), and Possession of Drug Paraphernalia.[1] Stehley challenges the discretionary aspects of his sentence.

We do not address Stehley's challenge at this time, because his counsel failed to file a Pa.R.A.P. 1925(b) statement, despite a court order directing counsel to do so. Counsel's failure to file a Rule 1925(b) statement when

_____

[1] 18 Pa.C.S.A. § 2705, 35 P.S. § 780-113(a)(30), 75 Pa.C.S.A. § 3733(a), 18 Pa.C.S.A. § 3304(a)(2), and 35 P.S. §§ 780-113(a)(16) and 780-113(a)(32), respectively.

ordered to do so constitutes *per se* ineffectiveness of counsel. **See**

**Commonwealth v. Burton**, 973 A.2d 428, 432 (Pa.Super. 2009) (*en banc*)

("The complete failure to file the 1925 concise statement is *per se*

ineffectiveness because it is without reasonable basis designed to effectuate

the client's interest and waives all issues on appeal"); Pa.R.A.P. 1925(c)(3).

We therefore remand for counsel to file the statement within 20 days of the

date of this Memorandum. The trial court shall then prepare and file a

responsive opinion within 30 days of the filing of the Rule 1925(b) statement.

Case remanded with instructions. Jurisdiction retained.